J. WEINSTEIN & SONS, INC., Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued October 27, 1942; decided December 3, 1942.

*William C. Chanler*, Corporation Counsel (*Paxton Blair* and *Albert Cooper* of counsel), for appellant.

*William Weisman* and *Bernard L. Baskin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.